USPO

# United States District Court

**SOUTHERN DISTRICT OF MISSISSIPPI**

GARY S. MANN
Chief Probation Officer

JACKSON OFFICE
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: __JACKSON__

HATTIESBURG OFFICE
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

GULFPORT OFFICE
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR 0 1 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

March 27, 2007

RECEIVED
MAR 2 8 2007
TOM S. LEE
U. S. DISTRICT JUDGE

The Honorable Tom S. Lee
Senior United States District Judge
245 East Capitol Street, Suite 220
Jackson, Mississippi 39201

RE: WILLIAMS, Celest Younda
Docket No: 3:01cr00110TSL-001
REQUESTING TERM OF
SUPERVISED RELEASE to
EXPIRE MARCH 30, 2007 with
OUTSTANDING RESTITUTION

Dear Judge Lee:

The above-named offender was sentenced by Your Honor, December 11, 2001, after pleading guilty to Mail Fraud. Williams was sentenced to thirty (30) months custody of the Bureau of Prisons with three (3) years supervised release to follow with the sole special condition that she not obtain any new credit without permission, and provide any financial information requested by the supervising U.S. Probation Officer. The Court ordered Williams to pay restitution in the amount of $76,555.00. She began her term of supervised release March 31, 2004 and is scheduled to expire March 30, 2007. This term cannot be extended.

The offender was originally ordered to pay the restitution at a rate of not less than $500.00 per month, to begin thirty (30) days after her release from prison. In the fall of 2004 she had knee surgery as the result of long term arthritis. Because of this condition, high blood pressure, and asthma, Williams applied for and was awarded Social Security Disability and receives $600 per month. Williams has supplemented this when she can by keeping children in her home. Although she certainly did not meet the Court ordered amounts of $500 per month payments, she consistently has paid something almost every month. Williams has paid a total of $3289.68, leaving a current balance of $73,265.32.

RE: WILLIAMS, Celest Younda
Docket No: 3:01cr00110TSL-001
REQUESTING TSR to EXPIRE 03/30/07
with RESTITUTION BALANCE OUTSTANDING

PAGE 2 OF 2

      This officer is of the opinion Williams has made a good faith effort to pay what she was financially able to pay on this restitution; therefore it is respectfully recommended the Court allow Williams' term of supervised release to expire March 30, 2007, as scheduled, with any remaining restitution balance to be monitored by the U.S. Attorney's Financial Litigation Unit (FLU). If Your Honor concurs with this plan, please mark the appropriate statement below and file with the Clerk of Court. If an alternative plan of action is desired, please contact me at 601/965-4447.

Respectfully submitted,

*Martha S. Gardner*
Martha S. Gardner, Supervising
U.S. Probation Officer

__X__ The Court allows Celest Younda Williams' term of supervised release to expire, as scheduled, on March 30, 2007, with the United States Attorney's Financial Litigation Unit monitoring and collecting any remaining restitution balance.

So Ordered this the 28th day of March, 2007.

*Tom S. Lee*
Tom S. Lee
Senior United States District Judge